# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. EILEEN STUDDERS, | No. 4:20-CV-00914 |
| Plaintiff, | (Judge Brann) |
| v. | |
| GEISINGER CLINIC, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 11th day of February 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss (Doc. 20) is **GRANTED IN PART AND DENIED IN PART**, as follows:

    a. Granted as to Count 1. Plaintiff is granted leave to amend this claim.

    b. Granted as to Count 2's sex and age discrimination claims but denied as to the retaliation claim. Plaintiff is granted leave to amend the sex and age discrimination claims, subject to the accompanying Memorandum Opinion.

    c. Granted as to Count 3's aiding and abetting sex and age discrimination claims but denied as to the retaliation claim.

        Plaintiff is granted leave to amend the sex and age discrimination claims.

    d.    Granted as to Count 4's discrimination claim but denied as to the retaliation claim. Plaintiff is granted leave to amend the discrimination claim.

    e.    Granted as to Count 5. Plaintiff is granted leave to amend this claim.

    f.    Granted as to Count 6. Plaintiff is granted leave to amend this claim, subject to the accompanying Memorandum Opinion.

    g.    Denied as to Count 7.

    h.    Granted as to Count 8. Plaintiff is granted leave to amend this claim, subject to the accompanying Memorandum Opinion.

2.    Plaintiff may file an amended complaint by February 25, 2021.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge