IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. EILEEN STUDDERS, | No. 4:20-CV-914 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| GEISINGER CLINIC, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 5th day of October 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. 29) is **DENIED IN PART AND GRANTED IN PART**, as follows:

    a. **DENIED** as to Plaintiff's whistleblower claims regarding wrongdoing by a public body in Count 1.

    b. **GRANTED WITH PREJUDICE** as to Plaintiff's whistleblower claims regarding waste in Count 1.

    c. **DENIED** as to Counts 2, 3, 4, and 5.

    d. **GRANTED WITH PREJUDICE** as to Counts 6 and 8.

2. Further leave to amend is not granted.

- 2 -

3. Defendants shall file an Answer to the surviving claims in Plaintiff's Second Amended Complaint (Doc. 28) on or before October 26, 2021.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge